CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 1 0 2010

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| TROY MATTHEW JACKSON, | ) | |
| Plaintiff, | ) | Civil Action No. 7:10cv00099 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| NRADC, | ) | By: Samuel G. Wilson |
| Defendant. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND**

**ORDERED** that Jackson's request to proceed in forma pauperis is **DENIED**, his complaint is hereby

**DISMISSED** without prejudice pursuant to 28 U.S.C. §1915(g), and this case is **STRICKEN** from the

active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying

Memorandum Opinion to plaintiff.

ENTER: This _____ day of March, 2010.

_____
United States District Judge